James R. Mott, respondent,

*v.*

Rosa E. Rutter, appellant.

[Argued December 1st, 1903.   Decided February 29th, 1904.
Filed March 1st, 1904.]

On appeal from a decree advised by Vice-Chancellor Grey.

*Mr. John J. Crandall* and *Mr. Charles A. Baake,* for the appellant.

*Mr. Charles E. Merritt* and *Mr. John B. Slack,* for the respondent.

Per Curiam.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Grey rendered in the court of chancery.

*For reversal*—None.